UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY C. HERNANDEZ, | No. 2:17-cv-1681-TLN-EFB P |
| Plaintiff, | |
| v. | ORDER |
| JOE LIZZARAGA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has filed a request for a court order and a request for an extension of time to file an amended complaint in accordance with the court's May 1, 2018 screening order. ECF Nos. 15, 18. In both motions, plaintiff asserts that he is awaiting the return of personal property from staff at California State Prison-Sacramento. Although not entirely clear, plaintiff seems to assert that he cannot file his amended complaint until his property is returned to him. In an abundance of caution, the court will grant plaintiff another 30-day extension of time.[1] This should afford plaintiff ample time to prepare and file an amended complaint.[2]

---

[1] The court will also construe plaintiff's request for a court order as an additional request for an extension of time.

[2] Indeed, filing an amended complaint should not require extensive materials or research. Nor should it include legal citations or unnecessarily detailed factual allegations. The court notes further that it is not a repository for plaintiff's evidence and he need not file documentary evidence in support of his claims unless it is necessary for the resolution of a motion.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for a court order (ECF No. 15) is construed as a motion for an extension of time to file an amended complaint.

2. Plaintiff's motions for an extension of time (ECF Nos. 15, 18) are granted.

3. Plaintiff is granted thirty days from the service of this order in which to file an amended complaint in accordance with the court's May 1, 2018 screening order. Failure to comply with this order may result in a recommendation that this action be dismissed.

4. The Clerk of the Court is directed to send plaintiff a courtesy copy of the original complaint (ECF No. 1) and the court's May 1, 2018 screening order (ECF No. 11).

DATED: July 25, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE