UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY CEASAR HERNANDEZ,

    Plaintiff,

v.

JOE LIZZARAGA, et al.,

    Defendants.

No. 2:17-cv-1681-TLN-EFB P

ORDER

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On May 1, 2018, the court determined that service of the initial complaint was appropriate for defendant Clark-Barlow. ECF No. 11. Plaintiff submitted documents for service of process on September 21, 2018. ECF No. 24. Now pending before the court is plaintiff's "motion for reconsideration,"[1] wherein he requests leave to proceed on a first amended complaint which he filed on November 14, 2018 (ECF No. 31). ECF No. 33. He will be granted leave to do so.

---

[1] Though plaintiff styles this motion as one for reconsideration it is, for all intents and purposes, one seeking only leave to amend his complaint. He states that: (1) he submitted his proposed amended complaint; (2) that as of the date of this motion's filing he has not received a ruling on whether he will be allowed to proceed on his proposed amended complaint; and (3) that his uncertainty on the foregoing point has led him to file this "motion for reconsideration." ECF No. 33 at 1.

1

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's Motion for Reconsideration (ECF No. 33) is GRANTED;

2. This action shall proceed based on the First Amended Complaint (ECF No. 31);

3. The Clerk of Court shall mail a copy of the First Amended Complaint to:
   Andrea R. Sloan
   Deputy Attorney General
   P.O. Box 944255
   Sacramento, CA 94244-2550.[2]

DATED: February 13, 2019.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[2] Ms. Sloan has not yet filed a notice of appearance in this action. Nevertheless, the waiver of service filed on behalf of defendant Clark-Barlow on November 15, 2018 clearly lists Sloan as "Attorney for Defendant." ECF No. 32 at 1.