IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY HERNANDEZ,**<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**JOE LIZARRAGA, et al.,**<br><br>　　　　　　　　Defendants. | Case No. 2:17-cv-01681-TLN-EFB (PC)<br><br>[~~PROPOSED~~] ORDER |

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that Defendant's Motion for Protective Order is **GRANTED**.

**IT IS FURTHER ORDERED** that all discovery in this matter, including discovery that has already been propounded, except that pertaining to the subject of exhaustion, be stayed until the Court rules on Defendant's motion for summary judgment. At which time, the Court will issue a new scheduling order, if necessary.

Dated: April 9, 2019.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　The Honorable Edmund F. Brennan