UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CEASAR HERNANDEZ, | No. 2:17-cv-1681-TLN-EFB P |
| Plaintiff, | |
| v. | ORDER |
| JOE LIZZARAGA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to oppose defendant's summary judgment motion. ECF No. 43. He also requests a courtesy copy of the motion because he was out of custody when it was originally served, did not have a stable address, and never received a copy. *Id.*

Good cause appearing, plaintiff's request (ECF No. 43) is granted. Plaintiff shall file an opposition to defendant's motion for summary judgment within 30 days from the date of this order. Failure to so comply may result in a recommendation of dismissal. The Clerk of the Court shall also mail to plaintiff a copy of the summary judgment motion (ECF No. 39) as a one-time courtesy.

So ordered.

Dated: June 7, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE