UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CEASAR HERNANDEZ, | No. 2:17-cv-1681-TLN-EFB P |
| Plaintiff, | |
| v. | ORDER |
| JOE LIZZARAGA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an additional extension of time of seven days in which to file his opposition to defendant's summary judgment motion.

Good cause appearing, plaintiff's request (ECF No. 47) is granted. Plaintiff shall file an opposition to defendant's motion for summary judgment within seven days from the date of this order. Failure to so comply may result in a recommendation of dismissal.

So ordered.

Dated: July 17, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE